UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALEXANDER JUNIOR JACKSON,

    Plaintiff,

vs.                                      CASE NO. 5:09cv79/RS/EMT

JACKSON COUNTY CORRECTIONAL
FACILITY, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion to Dismiss (Doc. 9), construed as a notice of voluntary dismissal, is GRANTED.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on May 22, 2009.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**